UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DAMON JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:16-CV-293 SNLJ |
| | ) | |
| STEVE LONG, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff submitted this action along with four other inmates. As a result, it is unclear which allegations in the complaint pertain to plaintiff alone, and therefore, the Court will require plaintiff to submit an amended complaint. Additionally, plaintiff must submit a certified copy of his prison account statement.

Plaintiff is warned that the filing of an amended complaint replaces the original complaint, and so he must include each and every one of his claims in the amended complaint. *E.g.*, *In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005). Any claims from the original complaint that are not included in the amended complaint will be considered abandoned. *Id.* Plaintiff must allege how each and every defendant is directly responsible for the alleged harm. In order to sue defendants in their individual capacities, plaintiff must specifically say so in the complaint. If plaintiff fails to sue defendants in their individual capacities, this action may be subject to dismissal.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send plaintiff a prisoner civil rights complaint form.

**IT IS FURTHER ORDERED** that plaintiff must submit an amended complaint no later than twenty-one (21) days from the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff must file a certified copy of his prison account statement for the six-month period preceding the filing of the complaint within twenty-one (21) days from the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 27th day of February, 2017.

                                                     STEPHEN N. LIMBAUGH, JR.
                                                   UNITED STATES DISTRICT JUDGE